DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD GLISSON,**
Petitioner,

v.

**PUBLIX SUPER MARKETS, INC.,**
Respondent.

No. 4D14-4397

[September 30, 2015]

Petition for writ of certiorari to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 13-005809 CACE.

Scott M. Behren of the Behren Law Firm, Weston, for petitioner.

Gerald E. Greenberg and Freddy R. Funes of Gelber Schachter & Greenberg, P.A., Miami, for respondent.

Brian Calciano of Brian Calciano, P.A., St. Petersburg, for Amicus Curiae the National Employment Lawyers Association, Florida Chapter.

PER CURIAM.

*Denied. See Nader v. Fla. Dep't of Highway Safety & Motor Vehicles*, 87 So. 3d 712 (Fla. 2012).

CIKLIN, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***